| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WASHINGTON |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Edmonds Wellness Clinic, Inc

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  27-0097160

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7935 216th St SE<br>Suite E<br>Edmonds, WA 98026<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Snohomish<br>County | **Location of principal assets, if different from principal place of business**<br>WA<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.edmondswellness.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Edmonds Wellness Clinic, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6214__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **Edmonds Wellness Clinic, Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Edmonds Wellness Clinic, Inc** _____  Case number (*if known*) _____
Name

☐ $50,001 - $100,000                  ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                 ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million                ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | Edmonds Wellness Clinic, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 20, 2025**
MM / DD / YYYY

**X** **/s/ Mark H. Nolting**       **Mark H. Nolting**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Thomas D. Neeleman**      Date **March 20, 2025**
Signature of attorney for debtor      MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone **(425) 212-4800**      Email address **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

Fill in this information to identify the case:
Debtor name | **Edmonds Wellness Clinic, Inc**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AMEX** P.O. Box 96001 Los Angeles, CA 90096 | | **Credit Card** | | | | $4,159.41 |
| **Banker's Healthcare Group** 10234 W State Rd 84 Fort Lauderdale, FL 33324 | | **Loan** | | $46,470.10 | $0.00 | $46,470.10 |
| **Celtic Bank** 268 S State St. Suite 300 Salt Lake City, UT 84111 | | **Loan (SBA)** | | | | $96,834.54 |
| **Citicards** PO BOX 6077 Sioux Falls, SD 57117 | | **Credit Cards** | | | | $14,485.07 |
| **Fundbox** 300 Montgomery St, Ste 900 San Francisco, CA 94104 | | **Loan** | | | | $4,060.44 |
| **Headway Capital** 175 W Jackson Blvd, Ste 1000 Chicago, IL 60604 | | **Loan** | | | | $27,000.00 |
| **InBody** 13850 Cerritos Corporate Dr Unit C Cerritos, CA 90703 | | **In Body 580 Body Composition Analyzer - Leased** | | $21,047.18 | $21,047.00 | $0.18 |
| **IRS Centralized Insolvency** P.O. Box 7346 Philadelphia, PA 19101-7346 | | **Taxes** | | | | $0.00 |

| Debtor | Edmonds Wellness Clinic, Inc | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kapitus**<br>2500 Wilson Blvd, Suite 350<br>Arlington, VA 22201 | | **Loan** | | | | $100,000.00 |
| **LabCorp**<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | | **Lab Charges** | | | | $7,635.07 |
| **McKesson Medical Supply**<br>P.O. Box 933027<br>Atlanta, GA 31193-3027 | | **Medical Supplies** | | | | $8,320.73 |
| **On Deck**<br>4700 West Day Break Pkw<br>Suite 200<br>Eagle Mountain, UT 84005 | | **Line of Credit** | | | | $25,000.00 |
| **QL Tilting Trust Ltd**<br>9830 Bauer Drive<br>Indianapolis, IN 46280 | | **Emsculpt Neo - Leased** | | $94,000.00 | $0.00 | $94,000.00 |
| **Ready Capital**<br>200 Connel dr, Suite 4000<br>Berkeley Heights, NJ 07922 | | **Loan** | | | | $49,071.64 |
| **The Fundworks, LLC**<br>299 S Main St, Suite 1300<br>Salt Lake City, UT 84111 | | **Loan** | | | | $13,626.00 |
| **United First LLC Global Funding Experts**<br>2999 NE 191st Unit 901<br>Miami, FL 33180 | | **Loan** | | $25,000.00 | $0.00 | $25,000.00 |
| **WA Department of Revenue**<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121 | | **2024** | | | | $3,896.80 |

```
AMEX
P.O. BOX 96001
LOS ANGELES, CA 90096


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


BANKER'S HEALTHCARE GROUP
10234 W STATE RD 84
FORT LAUDERDALE, FL 33324


CELTIC BANK
268 S STATE ST. SUITE 300
SALT LAKE CITY, UT 84111


CITICARDS
PO BOX 6077
SIOUX FALLS, SD 57117


FUNDBOX
300 MONTGOMERY ST, STE 900
SAN FRANCISCO, CA 94104


HEADWAY CAPITAL
175 W JACKSON BLVD, STE 1000
CHICAGO, IL 60604


INBODY
13850 CERRITOS CORPORATE DR
UNIT C
CERRITOS, CA 90703


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JINDE CHEN/ZHIFANG DENG
714 BIRCH PL
EDMONDS, WA 98020
```

JOSHUA J. PROVOST, ATTY
25852 MCBEAN PKW
SUITE 801
VALENCIA, CA 91355


KAPITUS
2500 WILSON BLVD, SUITE 350
ARLINGTON, VA 22201


LABCORP
P.O. BOX 2240
BURLINGTON, NC 27216-2240


MARK H. NOLTING
714 BIRCH PLACE
EDMONDS, WA 98020


MCKESSON MEDICAL SUPPLY
P.O. BOX 933027
ATLANTA, GA 31193-3027


ON DECK
4700 WEST DAY BREAK PKW
SUITE 200
EAGLE MOUNTAIN, UT 84005


PEAC
P.O. BOX 13604
PHILADELPHIA, PA 19101-3604


QL TILTING TRUST LTD
9830 BAUER DRIVE
INDIANAPOLIS, IN 46280


READY CAPITAL
200 CONNEL DR, SUITE 4000
BERKELEY HEIGHTS, NJ 07922


SBA
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE, SUITE 400
SEATTLE, WA 98121

```
THE FUNDWORKS, LLC
299 S MAIN ST, SUITE 1300
SALT LAKE CITY, UT 84111


TODAY'S BANK
432 MADISON 1650
HUNTSVILLE, AR 72740


UNITED FIRST LLC
GLOBAL FUNDING EXPERTS
2999 NE 191ST UNIT 901
MIAMI, FL 33180


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WA STATE L&I
PO BOX 44000
OLYMPIA, WA 98504
```

In re   **Edmonds Wellness Clinic, Inc**                                             Case No.
                                    Debtor(s)                                         Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Edmonds Wellness Clinic, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 20, 2025** | **/s/ Thomas D. Neeleman** |
| Date | **Thomas D. Neeleman 33980** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Edmonds Wellness Clinic, Inc** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |